[No. 31828-8-II. Division Two. September 13, 2005.]

ALAN CHRISTOFERSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-02285-1, Richard D. Hicks, J., entered June 1, 2004. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 31889-0-II. Division Two. September 13, 2005.]

SUSAN TALMADGE, *Appellant*, v. ONEBEACON AMERICA INSURANCE, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-2-02015-2, Jill Johanson, J., entered June 16, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 31905-5-II. Division Two. September 13, 2005.]

NEW HORIZON CHRISTIAN CENTER, *Respondent*, v. BILLY J. ENSLEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-08927-1, Ronald E. Culpepper, J., and Waldo F. Stone, J. Pro Tem., entered July 16, 2004. *Reversed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 32020-7-II. Division Two. September 13, 2005.]

FRED L. LEWIS ET AL., *Appellants*, v. COMBINED TRANSPORT, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-2-02341-9, Jill Johanson, J., entered July 14, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.